No. 944, Misc. JACKSON *v.* PINTO, PRISON FARM SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 945, Misc. PICHE *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 948, Misc. MURRAY *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. C. A. 5th Cir. Certiorari denied. *Guy Sparks, Melvin L. Wulf, Charles Morgan, Jr.,* and *Reber F. Boult, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Alan S. Rosenthal* for respondents.

No. 950, Misc. SMILEY *v.* PREGERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 954, Misc. OWENS *v.* FIELD, MEN's COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 955, Misc. BURCHFIELD *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 958, Misc. ELLIOTT *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 961, Misc. ANDERTEN *v.* ERICKSON, WARDEN. Sup. Ct. S. D. Certiorari denied.

No. 962, Misc. AKIN *v.* BOARD OF EDUCATION OF RIVERSIDE UNIFIED SCHOOL DISTRICT. Ct. App. Cal., 4th App. Dist. Certiorari denied. *A. L. Wirin, Fred Okrand,* and *Laurence R. Sperber* for petitioner.